UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT ROTTER,<br><br>                Plaintiff,<br><br>   v.<br><br>TOP SUN PROCESSING USA LLC,<br><br>                Defendant. | CASE NO. 2:22-cv-01341-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

       The Clerk is directed to send a copy of this Order to Plaintiff and to the Honorable James L. Robart.

       DATED this 26th day of September, 2022.

                                                             BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1