**Hon. James L. Robart**

Matthew Cunanan, WSBA #42530
DC Law Group
12055 15th Ave NE, Seattle, WA 98125
Tel: 206.494.0400
matthew@dclglawyers.com

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| BRENT ROTTER,<br><br>              Plaintiff,<br>v.<br><br>TOP SUN PROCESSING USA LLC,<br><br>              Defendant. | Case No. 2:22-cv-01341<br><br>**STIPULATED JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 12, 2022** |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT
2:22-cv-01341

1

DC Law Group
12055 15th Ave NE
Seattle, WA 98125
(206) 494-0400

## STIPULATED JOINT MOTION

Plaintiff Brent Rotter, on the one hand, and Defendant Top Sun Processing USA LLC ("Top Sun") hereby stipulate & jointly agree, subject to Court approval, that the time for Defendant to answer or otherwise respond to the Complaint (Dkt. #3) shall be set as November 23, 2022. This stipulation arises as a result of the following facts and circumstances.

1. The parties have agreed that Defendant will accept service through their counsel effective as of Wednesday, October 12, 2022, and that such defendant will have the time permitted by Fed. R. Civ. P. 4(d)(3), i.e., 60 days for a defendant who waives service, to answer or otherwise respond to the complaint.
2. Accordingly, the parties request that the Court approve this stipulated motion, and order that service on Defendant Top Sun shall be deemed effective as of October 12, 2022, and the deadline for said defendant to answer or otherwise respond to the complaint shall be November 23, 2022.

Respectfully submitted on October 12, 2022,

DC LAW GROUP

By: *Matthew Cunanan*
Matthew Cunanan, (WSBA No. 42530)
matthew@dclglawyers.com
12055 15th Ave NE
Seattle, WA 98125
Phone: (206) 494.0400

ATTORNEY FOR DEFENDANT
Top Sun

By: /s/ Conner Spani
Conner Spani (WSBA No. 58788)
Conner.spani@spanilaw.com
PO Box 47162
Seattle, WA 98146
Phone: (206) 579-8781

ATTORNEY FOR PLAINTIFF
Brent Rotter

STIPULATED MOTION AND
[PROPOSED] ORDER TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT

1

DC Law Group
12055 15th Ave NE
Seattle, WA 98125
(206) 494-0400

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Defendant Top Sun shall be deemed served with the complaint as of October 12, 2022, and that the deadline for said defendant to answer or otherwise respond to Plaintiff Rotter's complaint shall be November 23, 2022.

DATED this 13th day of October, 2022.

_____
JAMES L. ROBART
United States District Judge

**Presented by:**

DC LAW GROUP

By: *Matthew Cunanan*
Matthew Cunanan, (WSBA No. 42530)
matthew@dclglawyers.com
12055 15th Ave NE
Seattle, WA 98125
Phone: (206) 494.0400

ATTORNEY FOR DEFENDANT
Top Sun

By: */s/ Conner Spani*
Conner Spani (WSBA No. 58788)
Conner.spani@spanilaw.com
PO Box 47162
Seattle, WA 98146
Phone: (206) 579-8781

ATTORNEY FOR PLAINTIFF
Brent Rotter

STIPULATED MOTION AND
[PROPOSED] ORDER TO EXTEND DEADLINE
TO RESPOND TO COMPLAINT

2

DC Law Group
12055 15th Ave NE
Seattle, WA 98125
(206) 494-0400